**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHELLE DRAKE, | ) | No.  EDCV 13-1446-CW |
| | ) | |
|         Plaintiff, | ) | JUDGMENT |
| | ) | |
|    v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|         Defendant. | ) | |
| _____ | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: April 28, 2014

                                          /s/ Carla M. Woehrle
                                      CARLA M. WOEHRLE
                              United States Magistrate Judge