LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE LYNN DRAKE, | ) | No.  EDCV 13 – 1446 CW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the stipulation.

DATE:  June 25, 2014   _____

                        HON. CARLA M. WOEHRLE
                        UNITED STATES MAGISTRATE JUDGE